# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVID DEWAYNE WHITT,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 1:20-00011-KD-N** |
| | ) | |
| **KAY IVEY,** *et al.*, | ) | |
|     **Defendants.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 27, 2020 is **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that Plaintiff's action is **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. Rule 41(b) as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **20th** day of **July 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**