IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID DEWAYNE WHITT,   )  <br> Plaintiff,   ) <br>   ) <br> v.   ) <br>   ) <br> KAY IVEY, *et al.*,   ) <br> Defendants.   ) | CIVIL ACTION 1:20-00011-KD-N |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice pursuant to Fed.R.Civ.P. Rule 41(b) as no other lesser sanction will suffice.

**DONE** and **ORDERED** this the **20th** day of **July 2020.**

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE